William H. Emer, Bar No. 53482
WEmer@perkinscoie.com
Lauren T. Howard, Bar No. 227984
LHoward@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
PCCP DCP WEST HOTEL PARTNERS, LLC dba
SAN JOSE HILTON & TOWERS (erroneously sued
herein as San Jose Hilton Hotel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWIT D. BERHANE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAN JOSE HILTON HOTEL, Franchise Hilton Corporation; and DOES 1 through 20, Inclusive,<br><br>　　　　　　Defendants. | Case No. CV11-04623 PSG<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. PAUL S. GREWAL<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: October 11, 2011<br>Time: 2:00 p.m.<br>Courtroom: 5<br><br>Complaint Filed: August 17, 2011 (originally field in Santa Clara Superior Court)<br>Trial Date:　　None set. |

1   Pursuant to the stipulation of the parties, and the Court finding good cause therefor, the Court hereby ORDERS as follows:

1.   The Case Management Conference in the above captioned matter previously set for hearing on October 11, 2011 at 2:00 p.m. shall be and is continued to November 15, 2011 at 2:00 p.m. in Department 5.

IT IS SO ORDERED.

DATED: October 6, 2011

*[signature]*
HONORABLE PAUL S. GREWAL
MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 4, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

in a sealed envelope, postage fully paid, addressed as follows:

Charles R. Roe                              Attorneys for Plaintiff
Samuelson, Wilson & Roe
210 North Fourth Street, Suite 201
San Jose, CA 95112

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 4, 2011, at Los Angeles, California.

_/s/ Darlene L. Beckles_
Darlene L. Beckles