UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAWIT D. BERHANE

                Plaintiff(s),

         v.

SAN JOSE HILTON HOTEL; and DOES 1 through 20, Inclusive

                Defendant(s).

CASE NO. CV11-04623 PSG

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR (*please identify process and provider*) to be determined at a date after the parties exchange Initial Disclosures and complete preliminary discovery (including Plaintiff's deposition).

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☑ other requested deadline within 180 days from the date of the order

Dated: 11/10/2011

_____
Attorney for Plaintiff

Dated: 11/10/2011

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  180 days of this order

IT IS SO ORDERED.

Dated: 11/15/2011                    Paul S. Grewal

                                     UNITED STATES MAGISTRATE JUDGE