William H. Emer, Bar No. 53482
WEmer@perkinscoie.com
Lauren T. Howard, Bar No. 227984
LHoward@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
PCCP DCP WEST HOTEL PARTNERS, LLC dba
HILTON SAN JOSE (erroneously sued herein as
San Jose Hilton Hotel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWIT D. BERHANE,<br><br>    Plaintiff,<br><br>v.<br><br>SAN JOSE HILTON HOTEL, Franchise Hilton Corporation; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No. CV11-04623 PSG<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. PAUL S. GREWAL<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**<br><br>Complaint Filed: August 17, 2011 (originally filed in Santa Clara Superior Court)<br>Trial Date: March 11, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE HONORABLE COURT:

On July 16, 2012, Plaintiff DAWIT D. BERHANE ("Plaintiff") and Defendant PCCP DCP WEST HOTEL PARTNERS, LLC dba HILTON SAN JOSE ("Defendant") (collectively, the "parties") participated in a court-sponsored mediation with the Honorable Eric Ivary. Following some additional discovery, the parties reached a mutually agreeable settlement of Plaintiff's complaint.

As the parties are formalizing their settlement agreement, the parties request that the Court continue the March 11, 2013 trial date, the February 26, 2013 Final Status Conference, and trial-related dates, by 90 days and that the trial date will be vacated if a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 is filed at least five (5) days before the continued date set for the Final Status Conference.

DATED: January 14, 2013

SAMUELSON, WILSON, & ROE

By: _____
Charles Roe

Attorneys for Plaintiff
DAWIT BERHANE

DATED: January 14, 2013

PERKINS COIE LLP

By: _____
Lauren T. Howard

Attorneys for Defendant
PCCP DCP WEST HOTEL PARTNERS, LLC
dba HILTON SAN JOSE

## ORDER

Pursuant to the Parties' Notice of Settlement and good cause appearing, the Court hereby ORDERS that the trial dates is continued from March 11, 2013 at 9:30 a.m. to June 17, 2013 at 9:30 a.m.; and the Final Status Conference is continued from February 26, 2013 at 2:00 p.m. to June 4, 2013 at 2:00 p.m.

The Court further orders that if at least five days before the continued Final Status Conference date, the parties file a Stipulation of Dismissal as to Plaintiff's complaint, the trial and Final Status Conference dates will be vacated.

**IT IS SO ORDERED.**

Dated: January 14, 2013

HONORABLE PAUL SINGH GREWAL
United States Magistrate ~~District~~ Judge